

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00346-CV

_____

IN RE J.T., RELATOR

---

Original Proceeding
Trial Court No. 360-530405-13

---

Before Sudderth, C.J.; Meier and Birdwell, JJ.
Per Curiam

## MEMORANDUM OPINION

The court has considered Relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, Relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: October 29, 2018